IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| QUINTON SEAN HUNTER, <br> REG 13953-045 <br><br> RANDALL BRAVEHEART <br> REG 12471-073 <br><br>   Plaintiffs <br><br> v. <br><br> LINDA SANDERS, WARDEN <br><br>   Defendant | Case No. 2:06CV130JMM/BD |

## ORDER

  The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

  Accordingly, the Complaint (# 3) is DISMISSED without prejudice and the request for a preliminary injunction (#4) is DENIED.

  IT IS SO ORDERED, this 26th day of February, 2007.

                _____
                UNITED STATES DISTRICT JUDGE