IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| QUINTON SEAN HUNTER, | * | |
| REG 13953-045 | * | |
| | * | |
| RANDALL BRAVEHEART | * | |
| REG 12471-073 | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Case No. 2:06CV130JMM/BD |
| | * | |
| LINDA SANDERS, WARDEN | * | |
| | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED, this 26th day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE